

# EXHIBIT A

File No.:

# SUMMARY APPRAISAL OF REAL PROPERTY



### Date of Valuation:
10/06/09

### Located At:
9 Via Zapador
N TR 12379 Lot 2
Rancho Santa Margarita, CA 92688

### For:
Danny Craig Oneal

### Table of Contents:

Invoice ................................................................................................................................................... 1
Letter of Transmittal ............................................................................................................................. 2
Summary of Salient Features ............................................................................................................. 3
GP Residential ..................................................................................................................................... 4
Additional Comparables ...................................................................................................................... 8
Building Sketch (Page - 1) ................................................................................................................... 9
Location Map ....................................................................................................................................... 10
Plat Map ............................................................................................................................................... 11
Supplemental Addendum .................................................................................................................... 12
Subject Photos .................................................................................................................................... 13
Subject Photograph Addendum .......................................................................................................... 14
Comparable Photos ............................................................................................................................. 15
Comparable Photos ............................................................................................................................. 16
Location Map ....................................................................................................................................... 17
Location Map ....................................................................................................................................... 18

Danny Craig Oneal
9 Via Zapador
Rancho Santa Margarita, CA 92688

Re:  Property:    9 Via Zapador
                  Rancho Santa Margarita, CA 92688
     Borrower:    N/A
     File No.:

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, to establish value for bankruptcy purposes

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Dalida Sanfrancisco
Appraiser

## SUMMARY OF SALIENT FEATURES

**SUBJECT INFORMATION:**

| | |
|---|---|
| Subject Address | 9 Via Zapador |
| Legal Description | N TR 12379 Lot 2 |
| City | Rancho Santa Margarita |
| County | Orange |
| State | CA |
| Zip Code | 92688 |
| Census Tract | 0320.55 |
| Map Reference | 893/C2 |

**SALES PRICE**

| | |
|---|---|
| Sale Price | $ |
| Date of Sale | |

**CLIENT**

| | |
|---|---|
| Borrower / Client | N/A |
| Lender | Danny Craig Oneal |

**DESCRIPTION OF IMPROVEMENTS**

| | |
|---|---|
| Size (Square Feet) | 1,429 |
| Price per Square Foot | $ 0.00 |
| Location | Average |
| Age | 23 Years |
| Condition | Good |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Baths | 2.5 |

**APPRAISER**

| | |
|---|---|
| Appraiser | Dalida Sanfrancisco |
| Date of Appraised Value | 10/06/2009 |

**VALUE**

| | |
|---|---|
| Final Estimate of Value | $ 440,000 |

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

## SUBJECT

Property Address: 9 Via Zapador | City: Rancho Santa Margarita | State: CA | Zip Code: 92688
County: Orange | Legal Description: N TR 12379 Lot 2
Assessor's Parcel #: 833-161-07
Tax Year: 08-09 | R.E. Taxes: $ 5,159.12 | Special Assessments: $ N/A | Borrower (if applicable): N/A
Current Owner of Record: Danny Craig Oneal | Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) | HOA: $ 55.20 ☐ per year ☒ per month
Market Area Name: El Caserio | Map Reference: 893/C2 | Census Tract: 0320.55

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☒ other type of value (describe) Establish value for bankruptcy purposes
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: Valuation Purpose-Establish value for bankruptcy purposes

Intended User(s) (by name or type): Danny Craig Oneal
Client: Danny Craig Oneal | Address: 9 Via Zapador, Rancho Santa Margarita, CA 92688
Appraiser: Dalida Sanfrancisco | Address: 14862 Sabre Lane Huntington Beach, Ca 92647

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 86 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 95 | | | 2-4 Unit | 4 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☐ Stable ☒ Declining | ☒ Tenant 5 | 420 Low | 15 | Multi-Unit | 4 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 470 High | 35 | Comm'l | 6 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 440 Pred | 23 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): (N), (E), Temple City City Limits (S) & (W).
There was strong appreciation from 2000 thru mid 2007 w/ movement towards declination in late 2007 & continuing at this time. Exposure time is typically under 60 days if priced and marketed correctly. Interest rates are favorable, but fluctuating. Conventional financing is readily available, but qualifying is more difficult than in previous years. REO sales are driving this market area.

## SITE DESCRIPTION

Dimensions: See attached plat Map | Site Area: 5,914 Sq.Ft.
Zoning Classification: R1 | Description: SFR
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: SFR | Use as appraised in this report: SFR
Summary of Highest & Best Use: Highest and best use is SFR.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Predominantly Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☒ | ☐ | | Curb/Gutter | Concrete/Adeq Overhanging | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Electrical | ☒ | ☐ | View | No View |
| Storm Sewer | ☐ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 060769 / 0339 H   FEMA Map Date 02/18/2004
Site Comments: The site is located on a residential street surrounded by similarly improved properties. No adverse easements/encroachments noted. No apparent adverse conditions observed. No environmental hazards noted, however, appraiser is not an expert and client is advised to conduct his/her own research.

## IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1   ☐ Acc.Unit | Foundation | Concrete/Average | Slab | Yes | Area Sq. Ft. | None Noted | Type | FWA(Central) |
| # of Stories | 2 | Exterior Walls | Stucco/Average | Crawl Space | None | % Finished | N/A | Fuel | Gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | Tile/Average | Basement | None Noted | Ceiling | | | |
| Design (Style) Conventional | | Gutters & Dwnspts. | Overhang/Average | Sump Pump ☐ | | Walls | | Cooling | CAC(Central) |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Vinyl/Avg | Dampness ☐ | | Floor | | Central | |
| Actual Age (Yrs.) 23 | | Storm/Screens | Typical Screens | Settlement | None Noted | Outside Entry | | Other | |
| Effective Age (Yrs.) 10-15 | | | | Infestation | None Noted | | | | |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2_LT — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE     3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

## DESCRIPTION OF IMPROVEMENTS (continued)

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/Tile-Good | Refrigerator | ☐ | Stairs | ☐ | Fireplace(s) # | 1 | Woodstove(s) # | Garage | # of cars ( | 6  Tot.) |
| Walls | Drywall & Wood/Average | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Yes | | Attach. | 2 | |
| Trim/Finish | Paint/Average | Disposal | ☒ | Scuttle | ☒ | Deck | | | Detach. | | |
| Bath Floor | Tile/Carpet-Good | Dishwasher | ☒ | Doorway | ☐ | Porch | Yes | | Blt.-In | | |
| Bath Wainscot | Tile-Good | Fan/Hood | ☒ | Floor | ☐ | Fence | Wood | | Carport | | |
| Doors | Wood/Average | Microwave | ☒ | Heated | ☐ | Pool | Pool/Spa | | Driveway | 4 | |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | | Surface | Concrete | |

Finished area **above grade** contains:   6  Rooms   3  Bedrooms   2.5  Bath(s)   1,429  Square Feet of Gross Living Area Above Grade

Additional features:   Interior paint is good. Kitchen has recessed lights, upgraded cabinets, granite counter tops and back splash. Ceiling fan in family room, 1 bedroom and dining area.

Describe the condition of the property (including physical, functional and external obsolescence):   Subject property show less than normal depreciation due to it ongoing maintenance and updating. No functional or external obsolescence observed at time of inspection. Physical depreciation calculated is based on normal wear and tear.

## SALES COMPARISON APPROACH

### SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 9 Via Zapador | 40 Via Zapador | | 4 Via Gardenia | | 39 Via Zapador | |
| | Rancho Santa Margarita, CA 92688 | Rancho Santa Margarita, CA 92688 | | Rancho Santa Margarita, CA 92688 | | Rancho Santa Margarita, CA 92688 | |
| Proximity to Subject | | 0.12 miles | | 0.50 miles | | 0.12 miles | |
| Sale Price | $ | $ 440,000 | | $ 435,000 | | $ 432,000 | |
| Sale Price/GLA | $ 0.00 /sq.ft. | $ 314.29 /sq.ft. | | $ 322.22 /sq.ft. | | $ 308.57 /sq.ft. | |
| Data Source(s) | NDC/Inspection | FARES,MLS,NDC | | FARES,MLS,NDC | | FARES,MLS,NDC | |
| Verification Source(s) | MLS | Curb Insp, MLS# S575037 | | Curb Insp, MLS# S571175 | | Curb Insp, MLS# S580138 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Doc# 396884 | | Doc# 305215 | | Doc# 414644 | |
| Concessions | | FHA, DOM-67 | | Unkwn, DOM-11 | | FHA, DOM-39 | |
| Date of Sale/Time | | 07/23/09 | | 06/11/09 | | 07/31/09 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 5,914 Sq.Ft. | 3,428 Sq.Ft. | +2,000 | 3,306 Sq.Ft. | +3,000 | 3,521 Sq.Ft. | +2,000 |
| View | None | Mountain View | -10,000 | None | | Mountain View | -10,000 |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 23 Years | 22 Years | | 21 Years | | 22 Years | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total \| Bdrms \| Baths | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | |
| Room Count | 6 \| 3 \| 2.5 | 6 \| 3 \| 2.5 | | 6 \| 3 \| 2.5 | | 6 \| 3 \| 2.5 | |
| Gross Living Area | 1,429 sq.ft. | 1,400 sq.ft. | | 1,350 sq.ft. | | 1,400 sq.ft. | |
| Basement & Finished | None Noted | None Noted | | None Noted | | None Noted | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Pool/Spa/Fireplace/Etc. | Pool/Spa | None | +15,000 | None | +15,000 | None | +15,000 |
| Additional Features | None Noted | None Noted | | None Noted | | None Noted | |
| Upgrades | Good | Good | | Good | | Good | |
| Fireplace | Yes | Yes | | Yes | | Yes | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 7,000 | ☒ + ☐ - $ | 18,000 | ☒ + ☐ - $ | 7,000 |
| Adjusted Sale Price | | Net 1.6 % | | Net 4.1 % | | Net 1.6 % | |
| of Comparables | | Gross 6.1 % $ | 447,000 | Gross 4.1 % $ | 453,000 | Gross 6.3 % $ | 439,000 |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2_LT — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

**Summary of Sales Comparison Approach**  The subject property is compatible to the neighborhood. The comparables used are the most similar sales noted in the area considered. Adjustments are derived from paired sales analysis. The final estimated value is well bracketed with the pre and post adjusted sales comparables. A good correlation of values ranging from $437,000k-$453,000k bracket and support the appraised value of $440,000k. Appraised value is also supported by current listings from the immediate competing marketplace (comparable #5 and #6).
Direct sales comparison was given the greatest consideration as it best reflects typical reactions between buyer and seller, cost approach is merely supportive, income approach is not used due the area being predominately owner occupied with a lack of rental data of single family homes.

**Indicated Value by Sales Comparison Approach $  440,000**

My research  ☐ did  ☒ did not  reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):  NDC

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: After a thorough search of available data sources, including NDC, MLS, and conversation with local realtors, it was concluded that the comps used are the best available and most indicative of market value for the subject property. All are located within the market area and would appeal to the same user group. Sale Comps 1-4 are verified closed sales. Comp#5 and #6 are active listings. |
|---|---|
| Date:  No sales | |
| Price:  In the last 36 months | |
| Source(s):  Per NDC | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.
Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data:  Marshall & Swift | DWELLING  Sq.Ft. @ $ | =$ |
| Quality rating from cost service:  Average   Effective date of cost data: 10/09 | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ |
| REFER TO ATTACHED DIAGRAM EXHIBIT. Replacement cost figures obtained | Sq.Ft. @ $ | =$ |
| via Marshall Swift and local builder breakdown analysis. Depreciation based upon | Sq.Ft. @ $ | =$ |
| straight- Line method (1% per yr/100 yr total life). | | =$ |
| | Garage/Carport  Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less    Physical \| Functional \| External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required):    55 Years | INDICATED VALUE BY COST APPROACH | =$ |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2_LT — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

GP RESIDENTIAL

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

## INCOME APPROACH TO VALUE (if developed)  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM): _____

## PROJECT INFORMATION FOR PUDs (if applicable)  ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: El Caserio

Describe common elements and recreational facilities: Asscocition Pool, Spa and Recreational facility.

---

Indicated Value by: Sales Comparison Approach $ 440,000   Cost Approach (if developed) $ N/A   Income Approach (if developed) $ N/A

Final Reconciliation  The sales comparison approach is the most reliable for this type of property due to the availability and reliability of data best reflecting the demand and value for the subject. The cost approach is omitted since it is not reliable for most residential properties due to the difficulty in accurately assessing physical depreciation. The income approach is omitted because it is not relevant as the area is predominantly owner occupied, resulting in a lack of rental data.

After adjusting for differences, the value ranges from $437,000 to $453,000. The estimate of market value for the subject property at $440,000 has been bracketed by the comp sale prices and indicated value range, appears reasonable and is adequately supported by the market data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: No conditions. The appraiser assumes no responsibility for the structural integrity of the subject property.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 440,000 , as of: 10/06/2009 , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains  18  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications  ☒ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda          ☒ Additional Sales               ☐ Cost Addendum        ☐ Flood Addendum      ☐ Manuf. House Addendum
☒ Hypothetical Conditions ☐ Extraordinary Assumptions   ☐                      ☐                      ☐

Client Contact: _____                                    Client Name: Danny Craig Oneal
E-Mail: _____                                            Address: 9 Via Zapador, Rancho Santa Margarita, CA 92688

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Dalida Sanfrancisco | Supervisory or Co-Appraiser Name: |
| Company: Dalida Sanfrancisco Appraisals | Company: |
| Phone: 714-231-4067   Fax: 714-894-8934 | Phone:   Fax: |
| E-Mail: dalidasanfrancisco@yahoo.com | E-Mail: |
| Date of Report (Signature): October 08, 2009 | Date of Report (Signature): |
| License or Certification #: AL036747   State: CA | License or Certification #:   State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 03/17/2011 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 10/06/2009 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2_LT — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

27000
# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 9 Via Zapador | 36 Via Joaquin | | 35 Allyssum | | 18 Mohave Way | |
|  | Rancho Santa Margarita, CA 92688 | Rancho Santa Margarita, CA 92688 | | Rancho Santa Margarita, CA 92688 | | Rancho Santa Margarita, CA 92688 | |
| Proximity to Subject |  | 0.14 miles | | 0.69 miles | | 0.14 miles | |
| Sale Price | $ | $ 430,000 | | $ 458,900 | | $ 450,000 | |
| Sale Price/GLA | $ 0.00 /sq.ft. | $ 296.35 /sq.ft. | | $ 294.17 /sq.ft. | | $ 290.14 /sq.ft. | |
| Data Source(s) | NDC/Inspection | FARES,MLS,NDC | | FARES,MLS,NDC | | FARES,MLS,NDC | |
| Verification Source(s) | MLS | Curb Insp, MLS# S570069 | | Curb Insp, MLS#S590596 | | Curb Insp, MLS#S580065 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing |  | Doc# 359987 |  | Listing -5% | -23,000 | Listing -5% | -23,000 |
| Concessions |  | FHA, DOM-93 |  | DOM-13 |  | DOM-14 |  |
| Date of Sale/Time |  | 07/07/2009 |  | Active |  | Active |  |
| Rights Appraised | Fee Simple | Fee Simple |  | Fee Simple |  | Fee Simple |  |
| Location | Average | Average |  | Average |  | Average |  |
| Site | 5,914 Sq.Ft. | 3,500 Sq.Ft. | +2,000 | 5,000 Sq.Ft. |  | 4,174 Sq.Ft. | +2,000 |
| View | None | Mountain View | -10,000 | None |  | None |  |
| Design (Style) | Conventional | Conventional |  | Conventional |  | Conventional |  |
| Quality of Construction | Average | Average |  | Average |  | Average |  |
| Age | 23 Years | 22 Years |  | 22 Years |  | 20 Years |  |
| Condition | Good | Good |  | Good |  | Good |  |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths |  | Total / Bdrms / Baths |  | Total / Bdrms / Baths |  |
| Room Count | 6 / 3 / 2.5 | 6 / 3 / 2.5 |  | 6 / 3 / 2.5 |  | 6 / 3 / 2.5 |  |
| Gross Living Area | 1,429 sq.ft. | 1,451 sq.ft. |  | 1,560 sq.ft. | -6,000 | 1,551 sq.ft. | -5,000 |
| Basement & Finished | None Noted | None Noted |  | None Noted |  | None Noted |  |
| Rooms Below Grade | N/A | N/A |  | N/A |  | N/A |  |
| Functional Utility | Average | Average |  | Average |  | Average |  |
| Heating/Cooling | FWA/CAC | FWA/CAC |  | FWA/CAC |  | FWA/CAC |  |
| Energy Efficient Items | Standard | Standard |  | Standard |  | Standard |  |
| Garage/Carport | 2 Car Garage | 2 Car Garage |  | 2 Car Garage |  | 2 Car Garage |  |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch |  | Patio/Porch |  | Patio/Porch |  |
| Pool/Spa/Fireplace/Etc. | Pool/Spa | None | +15,000 | None | +15,000 | None | +15,000 |
| Additional Features | None Noted | None Noted |  | None Noted |  | None Noted |  |
| Upgrades | Good | Good |  | Good |  | Good |  |
| Fireplace | Yes | Yes |  | Yes |  | Yes |  |
| Net Adjustment (Total) |  | ☒ + ☐ -  $ 7,000 | | ☐ + ☒ -  $ 14,000 | | ☐ + ☒ -  $ 11,000 | |
| Adjusted Sale Price |  | Net 1.6% | | Net 3.1% | | Net 2.4% | |
| of Comparables |  | Gross 6.3% $ 437,000 | | Gross 9.6% $ 444,900 | | Gross 10.0% $ 439,000 | |

Summary of Sales Comparison Approach    All comparables are fairly similar in appeal and proximity. Comparables are considered to be good indicators of value
for this type of property. All adjustments are based on a combination of paired sales analysis, market extraction, the appraiser's knowledge of the marketplace,
and information supplied by local real estate agents. The following is a discussion of the grid adjustments:

-View at $10,000.
-Site area at $1/SF (minimum adjustment of $1,000, rounded).
-Gross Living Area at $45/SF (if over 100 SF difference ).
-Pool and Spa at $15,000.
-Listing Adj at  5%.

Comparable#5 and #6 are current listings in the immediate competing marketplace.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
3/2007

**Building Sketch (Page - 1)**

| Borrower/Client | N/A |
|---|---|
| Property Address | 9 Via Zapador |
| City Rancho Santa Margarita | County Orange   State CA   Zip Code 92688 |
| Lender | Danny Craig Oneal |



Comments:

| AREA CALCULATIONS SUMMARY | | | | LIVING AREA BREAKDOWN | | |
|---|---|---|---|---|---|---|
| Code | Description | Net Size | Net Totals | Breakdown | | Subtotals |
| GLA1 | First Floor | 703.0 | 703.0 | First Floor | | |
| GLA2 | Second Floor | 726.0 | 726.0 | 13.0 x 21.0 | | 273.0 |
| GAR | Garage | 441.0 | 441.0 | 7.0 x 8.0 | | 56.0 |
| | | | | 17.0 x 22.0 | | 374.0 |
| | | | | Second Floor | | |
| | | | | 7.0 x 19.0 | | 133.0 |
| | | | | 4.0 x 11.0 | | 44.0 |
| | | | | 14.0 x 21.0 | | 294.0 |
| | | | | 3.0 x 7.0 | | 21.0 |
| | | | | 7.0 x 14.0 | | 98.0 |
| | | | | 8.0 x 17.0 | | 136.0 |
| Net LIVABLE Area | | (Rounded) | 1429 | 9 Items | (Rounded) | 1429 |

Form SKT.BldSkl — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | | | |
| City | Rancho Santa Margarita | County | Orange | State | CA | Zip Code 92688 |
| Lender | Danny Craig Oneal | | | | | |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Plat Map**

| Borrower/Client | N/A | | | |
|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | |
| City | Rancho Santa Margarita | County Orange | State CA | Zip Code 92688 |
| Lender | Danny Craig Oneal | | | |



# Supplemental Addendum

File No.

| Borrower/Client | N/A | | | |
|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | |
| City Rancho Santa Margarita | | County Orange | State CA | Zip Code 92688 |
| Lender | Danny Craig Oneal | | | |

## STANDARD ASSUMPTIONS AND LIMITING CONDITIONS

1. This is a summary appraisal report which is intended to comply with requirements set forth under Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a summary appraisal report. As such, it may not included full discussions of data, reasoning and analysis used in the appraisal process to develop an opinion of value. Supporting documentation concerning the data, reasoning and analysis is retained in the appraiser's file. The information contained in this report is specific to the needs of the client and for the intended use stated in this report. The appraiser is not responsible for unauthorized use of this report.

2. No responsibility is assumed for title considerations. Subject title is assumed to me good and marketable unless stated otherwise.

3. The subject property is appraised free and clear of any or all liens and encumbrances unless otherwise stated.

4. Responsible ownership and competent property management are assumed unless otherwise stated.

5. The information provided by others is believed to be reliable, however, no warranty is given for its accuracy.

6. All engineering is assumed to be correct. Any plot plans and/or other illustrations are solely to assist reader in visualizing property.

7. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for them to be discovered.

8. It is assumed that there is full compliance with all applicable federal, state, and local environmental laws and regulations unless otherwise stated.

9. It is assumed that zoning laws and regulations have been complied with unless otherwise stated (such as "non-conforming use").

10. It is assumed that all required licenses, and certificates of occupancy, and/or other legislative or administrative authority at the federal, state, or local level, as well as private entity or organization have been or can be obtained or renewed for use on which value estimate is based.

11. Any sketch in this report may show **approximate dimensions** and is included solely for the purpose of assisting the reader in visualizing the property. Maps and exhibits in this report are provided for reader reference purposes only. No guarantee is made as to the accuracy of those items. No survey has been performed for this report.

12. It is assumed that the utilization of the land and improvements is within the boundaries of the subject property lines and that there is no encroachment, easements, or trespass unless stated otherwise.

13. The appraiser is not qualified to detect hazardous and/or toxic materials. Any comments by the appraiser that may suggest the presence or lack of such substances should not be taken as confirmation and client is urged to conduct his/her own research. The presence of such substances may substantially effect the value of the subject property. The presence of such substances is not taken into account for purposes of this report. No responsibility is assumed for any effect on value that may take place if such substances are discovered.

14. Unless otherwise stated in this report, the subject property is appraised without a specific compliance having been conducted to determine if the subject property is in conformance with the requirements of the Americans with Disability Act. The presence of architectural and communications barrier that are structural in nature what would restrict access of utility of disable individuals may adversely affect the value of the subject property.

15. The distribution of, if any, of the total valuation between land and improvements applies only under the stated program of utilization. The separate allocations for land and improvements must not be used in conjunction with any other appraisal and are not valid if so used.

16. Any proposed improvements are assumed to completed in a professional and workman like manner and in accordance with the submitted plans and specifications.

17. Possession of this report, or a copy of it, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written. No contents of this reports may be disseminated to the public through advertising, public relations, property listings, and/or other media.

18. The distribution, if any, other total value between land and improvements, applies only under the stated program of utilization. The separate allocations for land and improvements must not ben used in conjunction with any other appraisal and are not valid if so used.

19. The appraiser is not qualified to detect formation, growth, presence, or release of molds, fungi, spores, and other similar organic matters. Any comments by the appraiser that may suggest the presence or lack of such matters should not be taken as confirmation and client is urged to conduct his/her own research. The presence of such substances may substantially effect the value of the subject property. The presence of such substances is not taken into account for purposes of this report. No responsibility is assumed for any effect on value that may take place if such substances are discovered.

## SPECIAL ASSUMPTIONS

1. Personal property has not been considered in this appraisal.
2. Unless stated otherwise, subject improvements are assumed to legal and permitted.

**Subject Photograph Addendum**

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | | | |
| City | Rancho Santa Margarita | County | Orange | State | CA | Zip Code 92688 |
| Lender | Danny Craig Oneal | | | | | |




**Living Room**        **Kitchen**




**Dining Area**        **Bathroom**




**Bathroom**        **1/2 Bathroom**

## Comparable Photos

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 9 Via Zapador |
| City Rancho Santa Margarita | County Orange   State CA   Zip Code 92688 |
| Lender | Danny Craig Oneal |



**Comparable 1**
40 Via Zapador
Prox. to Subject      0.12 miles
Sales Price           440,000
Gross Living Area     1,400
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2.5
Location              Average
View                  Mountain View
Site                  3,428 Sq.Ft.
Quality               Average
Age                   22 Years



**Comparable 2**
4 Via Gardenia
Prox. to Subject      0.50 miles
Sales Price           435,000
Gross Living Area     1,350
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2.5
Location              Average
View                  None
Site                  3,306 Sq.Ft.
Quality               Average
Age                   21 Years



**Comparable 3**
39 Via Zapador
Prox. to Subject      0.12 miles
Sales Price           432,000
Gross Living Area     1,400
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2.5
Location              Average
View                  Mountain View
Site                  3,521 Sq.Ft.
Quality               Average
Age                   22 Years

## Comparable Photos

| Borrower/Client | N/A | | | |
|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | |
| City Rancho Santa Margarita | | County Orange | State CA | Zip Code 92688 |
| Lender Danny Craig Oneal | | | | |



### Comparable 4
36 Via Joaquin
Prox. to Subject   0.14 miles
Sales Price        430,000
Gross Living Area  1,451
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2.5
Location           Average
View               Mountain View
Site               3,500 Sq.Ft.
Quality            Average
Age                22 Years



### Comparable 5
35 Allyssum
Prox. to Subject   0.69 miles
Sales Price        458,900
Gross Living Area  1,560
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2.5
Location           Average
View               None
Site               5,000 Sq.Ft.
Quality            Average
Age                22 Years



### Comparable 6
18 Mohave Way
Prox. to Subject   0.14 miles
Sales Price        450,000
Gross Living Area  1,551
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2.5
Location           Average
View               None
Site               4,174 Sq.Ft.
Quality            Average
Age                20 Years

| | |
|---|---|
| Page #17 | |

**License**

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 9 Via Zapador | | | | |
| City | Rancho Santa Margarita | County | Orange | State CA | Zip Code 92688 |
| Lender | Danny Craig Oneal | | | | |

STATE OF CALIFORNIA

Business, Transportation & Housing Agency

## OFFICE OF REAL ESTATE APPRAISERS

### REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER    AL036747

**DALIDA SANFRANCISCO**

has successfully met the requirements for licensing as a real estate appraiser in the State of California and is, therefore, entitled to use the title "Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

*Bob Clark*

Date Issued: March 18, 2009
Date Expires: March 17, 2011

Audit No. 116767

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "SEAL" AND VERIFY POSITION

Form MAPLOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

E & O

| | | | |
|---|---|---|---|
| Borrower/Client N/A | | | |
| Property Address 9 Via Zapador | | | |
| City Rancho Santa Margarita | County Orange | State CA | Zip Code 92688 |
| Lender Danny Craig Oneal | | | |



## COVER NOTE

INSURED: Dalida Sanfrancisco

MAILING ADDRESS: 14862 Sabre Lane
Huntington Beach, CA 92647

*This is to certify that the undersigned has procured insurance coverage as hereafter specified from certain companies and/or underwriters.*

EFFECTIVE: 03/24/2009    EXPIRATION: 03/24/2010    RETROACTIVE: 03/24/2005

COVERAGE: Professional Liability for Specified Professions

Profession: Real Estate Appraiser
Claims Made Form: MPL #26901 (9/87)
Limits: Per Occurrence: $1,000,000  Annual Aggregate: $1,000,000
Deductible: $1,000

CONDITIONS:

Real Estate Agent/ Broker Referral Indemnity
Knowledge of Wrongful Act Exclusion
Pending and/or Prior Litigation Exclusion
Defense within Policy Limit
Deductible includes Loss Adjustment Expenses

COMPANIES PARTICIPATING:
National Union Fire Insurance Company of Pittsburg, PA

ASSIGNED COVER NOTE # FREA 05-6504

CUSTOMER # 0029032

Issued at: 4907 Morena Blvd., Suite 1415
San Diego, CA 92117

DATE: 03/16/2009    By: *KCarpenter*

Insurance, when effected shall be subject to all terms and conditions of policy (ies) which will be issued, and in event of any inconsistency herewith, the terms and provisions of the policy.

| In re:<br>**Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **8:09-bk-19367-TA** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

Danny Craig and Becky Ann O'Neal
9 Via Zapador
Rancho Santa Margarita, CA 92688

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

BAC Home Loans Servicing, LP
P.O. Box 10219
Van Nuys, CA 91410-0219

United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy