| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Majid Foroozandeh, Esq.<br>Law Offices of Foroozandeh, APC<br>9891 Irvine Center Dr., Suite 130<br>Irvine, CA 92618-5959<br>(949) 336-8505 Fax (208) 485-5959<br>State Bar Number: 248685<br><br>*Attorney for* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

DANNY CRAIG O'NEAL II and BECKY ANN O'NEAL

Debtor.

| | |
|---|---|
| DANNY CRAIG O'NEAL II<br>BECKY ANN O'NEAL<br><br>Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, its assigns and/or successors in interest<br><br>Defendant(s). | CHAPTER 11<br><br>CASE NUMBER 8:09-bk-19367-TA<br><br>ADVERSARY NUMBER 8:09-ap-01779-TA<br><br>(No Hearing Required) |

# REQUEST FOR ENTRY OF DEFAULT UNDER
# LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*: Bank of America Home Loans

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: December 7, 2009

3. The Summons and Complaint were served on Defendant by ☐ Personal Service   ☒ Mail Service
   on the following date *(specify date)*: December 7, 2009

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: January 8, 2010

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated:

Respectfully submitted,

| Default entered on *(specify date)*:<br><br>JON D. CERETTO<br>**Clerk of the Bankruptcy Court**<br>By: _____<br>*Deputy Clerk* | Law Offices of Foroozandeh, APC<br>*Firm Name*<br>By: /s/ Majid Foroozandeh<br>Name: Majid Foroozandeh, ESQ.<br>*Attorney for Plaintiff or Plaintiff* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7055-1.1**

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*    **F 7055-1.1**

| In re DANNY CRAIG O'NEAL II and BECKY ANN O'NEAL | CHAPTER 11 |
|---|---|
| Debtor. | CASE NO.: 8:09-bk-19367-TA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9891 Irvine Center Dr. Suite 130
Irvine, CA 92618

A true and correct copy of the foregoing document described as REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 7055-1 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 1/19/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01-19-2010 | Karina Cardenas | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7055-1.1**

| Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 3* | F 7055-1.1 |
|---|---|
| In re DANNY CRAIG O'NEAL II and BECKY ANN O'NEAL | CHAPTER 11 |
| Debtor. | CASE NO.: 8:09-bk-19367-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Danny Craig and Becky Ann O'Neal
9 Via Zapador
Rancho Santa Margarita, CA 92688

Bank of America Home Loans
P. O. Box 5170
Simi Valley, CA 93062-5170

BAC Home Loans Servicing, LP
P. O. Box 10219
Van Nuys, CA 91410-0219

Michael J. Hauser, ESQ.
United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

Honorable Theodor C. Albert
United States Bankruptcy Judge
411 West Fourth Street, Suite 2030 CrtRm 5B
Santa Ana, CA 92701-4593

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7055-1.1