Majid Foroozandeh, Esq.
Law Offices of Foroozandeh, APC
9891 Irvine Center Dr., Suite 130
Irvine, CA 92618-5959
(949) 336-8505 Fax (208) 485-5959
State Bar Number: 248685
Attorney for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SANTA ANA DIVISION)

| | |
|---|---|
| In re: | ) Case No.: **8:09-ap-01779-TA** |
| DANNY CRAIG O'NEAL II<br>BECKY ANN O'NEAL | ) Chapter : **11** |
| Debtors | ) **DECLARATION OF MAJID FOROOZANDEH**<br>) **IN SUPPORT OF REQUEST FOR**<br>) **ENTRY OF DEFAULT** |
| DANNY CRAIG O'NEAL II<br>BECKY ANN O'NEAL<br>Plaintiffs | |
| BANK OF AMERICA HOME LOANS, its<br>assigns and/or successors in interest | |
| Defendant | |

I Majid Foroozandeh, declare as follows:

**1.** I am the attorney for Debtors/Plaintiffs DANNY CRAIG O'NEAL II and BECKY ANN O'NEAL. I make this declaration from personal knowledge. I have personal knowledge of the following facts and, if called as a witness, I could testify to the truth of these facts.

**2.** I filed a complaint in the instant adversary action on December 7, 2009.

**3.** The Summons and Notice of Status Conference was served on Defendant on December 17, 2009 (see Exhibit A).

**4.** The time for filing an answer or other response expired on January 8, 2010.

5. No answer or other response has been filed or served by Defendant

6. I request that the Clerk of the Court enter the default of Defendant.

I declare under the penalties of perjury of the United States and the State of California that the foregoing is true and correct

Executed this on January 19, 2010 at Orange County, California.

*Majid Foroozandeh, Esq.*



# Exhibit A

Case 8:09-ap-01779-TA    Doc 5    Filed 01/20/10    Entered 01/20/10 11:23:13    Desc
                         Main Document    Page 4 of 8
Case 8:09-ap-01779-TA    Doc 2    Filed 12/09/09    Entered 12/09/09 15:48:43    Desc
                         Main Document    Page 1 of 2
Case 8:09-ap-01779-TA    Doc 1-4    Filed 12/07/09    Entered 12/07/09 16:32:45    Desc
Supplement Adversary Proceeding Cover Page and Summons and Notice of Status Conf    Page 3 of 4

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Majid Foroozandeh, ESQ.<br>9891 Irvine Center Drive<br>Suite 130<br>Irvine, CA 92618<br>949-336-8505 Fax: 208-485-5959<br>California State Bar Number: SBN 248685<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Danny Craig O'Neal, II<br>Becky Ann O'Neal<br><br>                                                Debtor. | CHAPTER __11__<br><br>CASE NUMBER 8:09-bk-19367-TA<br><br>ADVERSARY NUMBER 8:09-01779-TA |
|---|---|
| Danny Craig O'Neal ii and Becky Ann O'Neal<br>                                                Plaintiff(s),<br>vs.<br>Bank of America Home Loans<br>                                                Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ____, the Court may enter a judgment by default against you for the relief demanded in the Complaint. **JAN - 8 2010**

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: **FEB 25 2010**    Time: *10:00 A.M.*    Courtroom: *5B*    Floor: *5th* |
|---|
| ☐ 255 East Temple Street, Los Angeles         ☒ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **DEC - 9 2009**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
          Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009 (COA-SA)                                                                                              F 7004-1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0006 7048 6910**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
          **Return Receipt**
Status: **Delivered**

Your item was delivered at 9:02 AM on December 17, 2009 in SIMI VALLEY, CA 93062.

Detailed Results:
- **Delivered, December 17, 2009, 9:02 am, SIMI VALLEY, CA 93062**
- **Arrival at Unit, December 17, 2009, 7:50 am, SIMI VALLEY, CA 93063**
- **Acceptance, December 15, 2009, 3:59 pm, CAPISTRANO BEACH, CA 92624**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    BANK OF AMERICA
    P.O. BOX 5170
    SIMI VALLEY CA
              93062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
NELSON A. HERNANDEZ

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   17
   2009

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0006 7048 6910

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/19/2010

| In re:<br>DANNY CRAIG O'NEAL II<br>BECKY ANN O'NEAL<br>Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:09-ap-01779-TA |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
   9891 Irvine Center Dr. Suite 130
   Irvine, CA 92618


A true and correct copy of the foregoing document described **SUMMONS AND NOTICE OF STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **December 17, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Bank of America Home Loans**
**P.O. Box 5170**
**Simi Valley, CA 93062**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01-18-2010 | Eugene Hooser | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re:<br>**Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:09-bk-19367-TA** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9891 Irvine Center Drive, Suite 130
Irvine, CA 92618

A true and correct copy of the foregoing document described as **DECLARATION OF MAJID FOROOZANDEH IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael J Hauser              michael.hauser@usdoj.gov
Majid Foroozandeh             majidf@foroozandeh-law.com, kcardenas@foroozandeh-law.com
David F Makkabi               cmartin@pprlaw.net
Ramesh Singh                  claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **01/19/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_01-19-2010_    _Karina Cardenas_    _/s/ [Signature]_
Date            Type Name                Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                               F 9013-3.1
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

| In re:<br>Danny Craig O'Neal, II<br>Becky Ann O'Neal<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **8:09-bk-19367-TA** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

Danny Craig and Becky Ann O'Neal
9 Via Zapador
Rancho Santa Margarita, CA  92688

Bank of America Home Loans
P. O. Box 5170
Simi Valley, CA  93062-5170

BAC Home Loans Servicing, LP
P. O. Box 10219
Van Nuys, CA  91410-0219

Michael J. Hauser, ESQ.
United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA  92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy